**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr507-MHT** |
| | ) | **(WO)** |
| **TAMAICA HOSKINS** | ) | |

**ORDER**

In accordance with the court's opinion and judgment in *Hoskins v. United States*, 3:16cv439-MHT, refiled as document numbers 131 and 132 in this criminal case, granting in part defendant Tamaica Hoskins's 28 U.S.C. § 2255 petition, it is ORDERED that:

(1) The judgment and statement of reasons imposed on defendant Tamaica Hoskins on June 25, 2015, and entered on June 30, 2015 (doc. nos. 110 and 111), are vacated.

(2) This case is set for resentencing on July 8, 2019, at 10:00 a.m., in Courtroom 2FMJ, at the United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The United States Marshal or the

person having custody of the defendant shall produce defendant Hoskins for the proceeding.

DONE, this the 27th day of June, 2019.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**