IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr507-MHT** |
| | ) | **(WO)** |
| **TAMAICA HOSKINS** | ) | |

### ORDER

Pending before the court is defendant Tamaica Hoskins's motion for compassionate release (doc. no. 157). The motion is premised on Hoskins's being needed at home to care for her children. On September 23, 2020, the Federal Bureau of Prisons released her to home confinement. After learning of her release, the court ordered Hoskins to show cause by December 4, 2020, as to why her motion for compassionate release should not be denied as moot. The court also warned her that, if she did not respond, the court would deny the motion as moot.

The deadline has come and gone with no response from Hoskins. The court concludes that the motion for compassionate release should be denied as moot because

she has been released from prison and can now care for her children.

***

Accordingly, it is ORDERED that defendant Tamaica Hoskins's motion for compassionate release (doc. no. 157) is denied as moot.

DONE, this the 11th day of December, 2020.

                                  /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**