**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

```
UNITED STATES OF AMERICA,    )
                             )    CRIMINAL ACTION NO.
    v.                       )        3:14cr507-MHT
                             )             (WO)
TAMAICA HOSKINS              )
```

**ORDER**

It is ORDERED that defendant Tamaica Hoskins's "motion for early release from probation and ankle monitoring" (Doc. 170) is denied. Upon initial review of Hoskins's motion, the court assumed that, by using the word "probation," Hoskins meant that she was on supervised release. The court therefore interpreted Hoskins's motion as a petition for early termination of supervised release. However, the court has since learned that Hoskins remains in the custody of the Bureau of Prisons, albeit on home-confinement status. As a result, the court does not have the authority to grant her request. *See* 18 U.S.C. § 3621(b) ("Notwithstanding any other provision of law, a designation of a place of imprisonment under this

subsection is not reviewable by any court."). The BOP has sole authority, within statutory guidelines, to determine where and how she serves her custodial sentence.

DONE, this the 23rd day of March, 2023.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE